L. MONTGOMERY, APPELLANT, vs. W. M. KNOX, APPELLEE.

When the penalty of an appeal bond given by a defendant in an action for damages is in excess of the amount for which judgment "has been given," including the costs, it is sufficient.

Appeal from the Circuit Court for Alachua county.

The facts in the case are stated in the opinion.

*Ashby, Scott & Thrasher* for the motion.

*Taylor & Sanchez, contra.*

MR. JUSTICE RANEY delivered the opinion of the court:

The appellee moves to dismiss the appeal on the ground that the appeal bond is insufficient in the amount of the penalty. This amount is $7,500. The judgment is for

$7,000 damages and for $202.83 costs. The statute, (§2, p. 446, of Thompson's Digest,) provides that the amount or penalty of the bond shall be "sufficient to cover the amount for which judgment has been given * * together with costs." The remainder of the section relates to the condition of the bond. The penalty is upwards of $297 in excess of the amount for which judgment, including the costs, "has been given," and is consequently in a larger sum than the statute requires, and is sufficient.

The motion is denied.